UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KAREN MANSON | § |
| | § |
| v. | § CIVIL CASE NO. 4:20-CV-916-SDJ |
| | § |
| CAREINGTON INTERNATIONAL CORPORATION | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 6, 2021, the report of the Magistrate Judge, (Dkt. #12), was entered containing proposed findings of fact and recommendations that Defendant Careington International Corporation's Rule 12(b)(6) Motion to Dismiss, Request for Sanctions, and Brief in Support, (Dkt. #3), be granted in part and denied in part. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendant Careington International Corporation's Rule 12(b)(6) Motion to Dismiss, Request for Sanctions, and Brief in Support, (Dkt. #3), is **GRANTED IN PART AND DENIED IN PART**. Karen Manson's claims against Careington International Corporation are **DISMISSED WITH PREJUDICE**. Careington International Corporation's request for sanctions (Dkt. #3), is **DENIED**.

So ORDERED and SIGNED this 31st day of August, 2021.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE